UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BELINDA K. SWEETIN,<br><br>Plaintiff,<br>v.<br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>Defendant. | No.  2:13-CV-3091-WFM<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**. The Commissioner's decision is **REVERSED** and the matter **REMANDED** to the Commissioner for the immediate calculation and payment of benefits to Plaintiff. 42 U.S.C. 405(g). Defendant's Motion for Summary Judgment is **DENIED**. Judgment is entered for Plaintiff.

DATED:  July 22, 2014

                                        SEAN F. McAVOY
                                        Clerk of Court

                                        By:  *s/Cheryl Cambensy*
                                              Deputy Clerk

1 | **JUDGMENT IN A CIVIL CASE**